## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

  Stephen M Collins and Debora L
Collins

                                  Chapter 13
                                  Case No. 19-40683-CJP

                          Debtors

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order**


    Upon consideration of the Notices of Postpetition Mortgage Fees, Expenses, and Charges, Re claim #6 filed on September 18, 2019, the Court orders as follows. A change to the identity of the claimholder may not be effectuated by filing a (1) Notice of Mortgage Payment Change, (2) Notice of Postpetition Fees and Expenses or (3) a Response to Notice of Final Cure. No change has been made to the Court's claim registry with respect to Claim No. 6. Within ten (10) days of the date of this order, a Notice of Transfer/Assignment of Claim (Director's Form 2100A) shall be filed. Alternatively, within ten (10) days of the date of this order, claimant may file amended Notices of Postpetition Mortgage Fees, Expenses, and Charges. Additionally, in either instance, the claimant shall ensure that the notice is served on the debtors with a complete address, as the present version used is missing "Street."


                                By the Court,

                                _____
                                Christopher J. Panos
                                United States Bankruptcy Judge

Dated: September 23, 2019