Fill in this information to identify the case:

Debtor 1  Stephen M Collins

Debtor 2  Debora L Collins
(Spouse, if filing)

United States Bankruptcy Court for the District of MASSACHUSETTS

Case number 19-40683

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC4

**Court claim no**. (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 6944

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|    | Description | Date Incurred | | Amount |
|----|-------------|---------------|---|--------|
| 1  | Late Charges |  | (1) | $0.00 |
| 2  | Non-sufficient funds (NSF) fees |  | (2) | $0.00 |
| 3  | Attorneys fees |  | (3) | $0.00 |
| 4  | Filing fee and court costs |  | (4) | $0.00 |
| 5  | Bankruptcy/Proof of claim fees | 06/28/2019 | (5) | $500.00 |
| 6  | Appraisal/Broker's Price opinion fees |  | (6) | $0.00 |
| 7  | Property inspection fees |  | (7) | $0.00 |
| 8  | Tax Advances (non-escrow) |  | (8) | $0.00 |
| 9  | Insurance advances (non-escrow) |  | (9) | $0.00 |
| 10 | Property preservation expenses |  | (10) | $0.00 |
| 11 | Other. Specify: POC 410A Form Review Fee | 06/28/2019 | (11) | $250.00 |
| 12 | Other. Specify: |  | (12) | $0.00 |
| 13 | Other. Specify: |  | (13) | $0.00 |
| 14 | Other. Specify: |  | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___September 18, 2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Thomas J. Baker
86 Church St.
Whitinsville, MA 01588

Stephen M Collins
85 Hecla
Uxbridge, MA 01569

Debora L Collins
85 Hecla
Uxbridge, MA 01569

Richard King
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608

Denise M. Pappalardo
P. O. Box 16607
Worcester, MA 01601

 

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: *Alexis Van Zilen* (signature)

Alexis Van Zilen
avzilen@rascrane.com

Debtor 1 <u>Stephen M Collins</u>
      Print Name   Middle Name   Last Name

Case number *(if known)* <u>19-40683</u>

**Part 2:   Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X __/s/ Erin Elam__
   Signature

Date __08/22/2019__

Print     __Erin Elam__
      First Name   Middle Name   Last Name

Title   <u>Bankruptcy Attorney</u>

Company    <u>RAS Crane, LLC</u>

Address    <u>10700 Abbott's Bridge Road, Suite 170</u>
      Number      Street

<u>Duluth, GA 30097</u>
City      State      ZIP Code

Contact Phone   <u>470-321-7112</u>

Email   <u>eelam@rascrane.com</u>